# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cteutonic | Date Created: 8/16/2016 |
| Case: 1−16−40477−ess | Form ID: 318DI7 | Total: 33 |

**Recipients of Notice of Electronic Filing:**
tr      Lori Lapin Jones      ljones@jonespllc.com
aty      Kevin B Zazzera      kzazz007@yahoo.com

                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jack P Cucci      246 McBaine Ave      Staten Island, NY 10309
jdb      Nancy A Cucci      246 McBaine Ave      Staten Island, NY 10309
smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg      NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
8816134      American Express Centurion Bank      c/o Becket and Lee LLP      PO Box 3001      Malvern PA 19355−0701
8816163      American Express Centurion Bank      c/o Becket and Lee LLP      PO Box 3001      Malvern PA 19355−0701
8797836      American InfoSource LP as agent for      TD Bank, USA      PO Box 248866      Oklahoma City, OK 73124−8866
8740666      Amex      Po Box 297871      Fort Lauderdale, FL 33329
8740667      Bk Of Amer      1800 Tapo Canyon Rd      Simi Valley, CA 93063
8740668      Bk Of Amer      4161 Piedmont Parkway      Greensboro, NC 27410
8740669      Bk Of Amer      Po Box 982238      El Paso, TX 79998
8740670      Chase Card      Po Box 15298      Wilmington, DE 19850
8740671      Chrysler Capital      Po Box 961275      Fort Worth, TX 76161
8740672      Citi      Po Box 6241      Sioux Falls, SD 57117
8850846      Department Store National Bank      c/o Quantum3 Group LLC      PO Box 657      Kirkland, WA 98083−0657
8740673      Dsnb Macys      9111 Duke Blvd      Mason, OH 45040
8740674      Hann Financail Ser Corp      One Center Drive      Jamesburg, NJ 08831
8740675      Hann Financial Service      1 Centre Dr      Jamesburg, NJ 08831
8740676      Hyundai Capital Americ      10550 Talbert Ave      Fountain Valley, CA 92708
8740677      Hyundai Motor Finance      P O Box 660891      Dallas, TX 75266
8740678      Mcydsnb      9111 Duke Blvd      Mason, OH 45040
8851911      PYOD, LLC its successors and assigns as assignee      of Citibank, N.A.      Resurgent Capital Services      PO Box 19008      Greenville, SC 29602
8740679      Syncb/amazon      Po Box 965015      Orlando, FL 32896
8740680      Syncb/care Credit      C/o Po Box 965036      Orlando, FL 32896
8740681      Syncb/old Navy      Po Box 965005      Orlando, FL 32896
8740682      Syncb/pc Richard      C/o Po Box 965036      Orlando, FL 32896
8740683      Td Bank Usa/targetcred      Po Box 673      Minneapolis, MN 55440
8740684      Thd/cbna      Po Box 6497      Sioux Falls, SD 57117
8740685      Us Bank      Cb Disputes      Saint Louis, MO 63166

                               TOTAL: 31