| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Jack P Cucci** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–7181** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2  **Nancy A Cucci** <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–4643** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of New York <br> 271–C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201–1800 | Date case filed for Chapter  **7: 2/3/16** |
| Case number:  **1–16–40477–ess** | |

# STATEMENT OF CLERK'S COST

**NOTICE IS HEREBY GIVEN THAT:**

In response to your **request for special charges** dated **April 11, 2017**, in preparation of your final report, below please see the **Clerk's cost** for the above−captioned case:

- ☐ Notices: $
- ☐ Adversary Proceedings: $
- ☐ Reopen Fee: $
- ☐ Conversion Fee: $
- ☐ Appeals: $
- ☐ Motion to Sell Free and Clear of Liens Section 363(f): $
- ☐ Other: $
- ☑ No Fee Due

Dated: April 11, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLstmtclkcst2.jsp** [Statement of Clerk's Cost rev. 02/01/17]