# Notice Recipients

District/Off: 0207−1  User: frandazzo  Date Created: 4/11/2017
Case: 1−16−40477−ess  Form ID: 306  Total: 2

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
tr    Lori Lapin Jones    ljones@jonespllc.com

TOTAL: 2